UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 20-61249-CIV-DIMITROULEAS

JHON SARMIENTO, Individually and
on behalf of all others similarly situated,

    Plaintiff,
vs.

SCHEAR CONSTRUCTION, LLC, a
Florida Limited Liability Company,

    Defendant.
_____/

## NOTICE OF ENTRY OF PARTY

Plaintiff, JHON SARMIENTO, on behalf of himself and those similarly situated, gives notice gives notice of the entry of ANGEL FERNANDEZ, as an Opt-in Plaintiff in the instant case. Plaintiff hereby requests that ANGEL FERNANDEZ be added to the docket as an additional party.

DATED this 27th of July, 2020.

    Respectfully submitted,

    /*s/ ANDREW R. FRISCH*
    ANDREW R. FRISCH
    MORGAN & MORGAN, P.A.
    8151 Peters Road., 4th Floor
    Plantation, Florida 33324
    Telephone: (954) WORKERS
    Facsimile: (954) 327-3013
    E-mail: AFrisch@forthepeople.com

    *Trial Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of July 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which I understand will send a notice of electronic filing to all parties of record.

/s/ *ANDREW R. FRISCH*
Andrew R. Frisch