UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 20-61249 -CIV-DIMITROULEAS

JHON SARMIENTO, Individually and
on behalf of all others similary situated,

    Plaintiff,
vs.

SCHEAR CONSTRUCTION, LLC, a
Florida Limited Liability Company,

    Defendant.
_____/

## NOTICE OF FILING CONSENT TO JOIN

Plaintiff, JHON SARMIENTO, gives notice of filing the attached Consent to Join executed by Michael Book, attached hereto as Exhibit A.

DATED: September 22, 2020.

Respectfully submitted,

/s/ ANDREW R. FRISCH
ANDREW R. FRISCH
MORGAN & MORGAN, P.A.
8151 Peters Road., 4th Floor
Plantation, Florida 33324
Telephone: (954) WORKERS
Facsimile: (954) 327-3013
E-mail: AFrisch@forthepeople.com

*Trial Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of September 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which I understand will send a notice of electronic filing to all parties of record.

/s/ *ANDREW R. FRISCH*
Andrew R. Frisch