UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 20-61249-CIV-DIMITROULEAS

JHON SARMIENTO, Individually and
on behalf of all others similarly
situated,

      Plaintiff,

vs.

SCHEAR CONSTRUCTION, LLC, a
Florida Limited Liability Company,

      Defendant.
_____/

## JOINT SCHEDULING REPORT

Plaintiff, JHON SARMIENTO ("Plaintiff") on behalf of himself and those similarly situated, and Defendants SCHEAR CONSTRUCTION, a Florida Limited Liability Company ("Defendant"), by and through their respective undersigned counsel, pursuant to Fed.R.Civ.P. 26(f) and S.D. Fla. L.R. 16.1(b), hereby submit this Joint Scheduling Report.

**I.**    **Case Management Track.**

The Parties request that this case be assigned to a standard case management track pursuant to S.D.Fla.L.R. 16.1(a)(2)(B).

**II.**    **Parties' Conference Report Pursuant To L.R. 16.1(b)(2)(A)-(L).**

    **(A)**    **Likelihood of settlement:**

The Parties will discuss settlement throughout the case in good faith, and will inform the Court if any settlement is reached.

    **(B)**    **Likelihood of appearance of additional parties:**

The Parties do not anticipate the need for appearance of additional parties.

**(C)     Proposed time limits:**

The Parties agree on the following proposed deadlines

| | |
|---|---|
| **October 13, 2020** | Initial disclosures |
| **October 23, 2020** | Moving for joinder of parties and amendment of pleadings |
| **March 12, 2021** | Plaintiffs' Rule 26(a)(2) expert disclosures |
| **April 16, 2021** | Defendant's Rule 26(a)(2) expert disclosures |
| **May 21, 2021** | Rebuttal Rule 26(a)(2) expert disclosures |
| **July 30, 2021** | Fact and expert discovery deadline |
| **September 10, 2021** | Dispositive pretrial motions deadline |
| **November 12, 2021** | Deadline to file all other pretrial motions |
| **August 20, 2021** | Deadline to complete mediation |

**(D)    Proposal for the formulation and simplification of issues, including the elimination of frivolous claims or defenses, and the number and timing of motions for summary judgment or partial summary judgment:**

The Parties will confer before the submission of the pretrial stipulation to discuss any proposals for the formulation and simplification of issues. The Parties will endeavor to streamline the case to the fullest extent possible.

**(E)     Necessity or desirability of amendments to pleadings:**

Any amendment to the pleadings will be done in compliance with the deadlines set forth in the Scheduling Order entered by the Court in this action.

**(F)     The possibility of obtaining admissions of fact and documents which will avoid unnecessary proof, stipulations regarding authenticity of documents, and the need for advance rulings from the Court on admissibility of evidence:**

At this time, there is no need for stipulating to the authenticity of documents or for any advance rulings from the Court as to the admissibility of certain evidence. Should it become

necessary, counsel will confer following the applicable discovery cut-off date and before submission of the pretrial stipulation to discuss stipulations regarding admissions of fact, the authenticity of documents and the need for advance rulings from the Court on the admissibility of evidence.

**(G)     Suggestions for the avoidance of unnecessary proof & cumulative evidence:**

At this time, the Parties have no suggestions for the avoidance of unnecessary proof and cumulative evidence, but will work together to obtain admissions and stipulations that will avoid unnecessary proof and presentation of cumulative evidence at trial.

**(H)     Suggestions on the advisability of referring matters to a Magistrate Judge or master:**

The Parties do not agree to refer the trial or dispositive motions in this case to a Magistrate Judge.

**(I)     A preliminary estimate of the time required for trial;**

The Parties estimate that the trial of this matter will last four (4) days.

**(J)      Requested date or dates for conferences before trial, a final pretrial conference, and trial:**

(1)     With the exception of the final pre-trial conference, there is no need to specifically set any conferences before trial at this time.

(2)     The parties anticipate that they will be ready for pretrial conference by late January 2022.

(3)     The parties anticipate that they will be ready for trial by February 18, 2022.

**(K)     Discovery, Electronically Stored Information, and Claims of Privilege:**

At this time, the Parties do not request any changes to the timing, form or requirements of the initial disclosures and will conduct discovery in accordance with the relevant Local and Federal Rules of Civil Procedure, including with respect to Electronically Stored Information. The Parties do not have any issues to raise pertaining to claims of privilege or protection of trial-preparation material at this time.

**(L)     Any additional information that may be helpful to the Court:**

None at this time.

**III.    Scheduling Order**

Pursuant to Local Rule 16.1.B, the Parties submit their proposed scheduling order attached to this report.

Respectfully submitted this 30th day of September, 2020.

| | |
|---|---|
| s/ ***Andrew R. Frisch***  <br>Andrew R. Frisch<br>Florida Bar No. 27777<br>Morgan & Morgan, P.A.<br>8151 N. Pine Island Rd., Suite 4000<br>Plantation, FL 33324<br>Tel. 954-318-0268<br>Fax. 954-327-3039<br>afrisch@forthepeople.com<br><br>Counsel for Plaintiffs | /s/ ***Jesse I. Unruh***  <br>Jesse I. Unruh<br>Florida Bar No. 91121<br>Spire Law, LLC<br>2752 W. State Road 426, Suite 2088<br>Oviedo, Florida 32765<br>Tel. (407) 494-0135<br>jesse@spirelawfirm.com<br><br>Counsel for Defendants. |

## **CERTIFICATE OF SERVICE**

I do hereby certify that on the 30th of September, 2020, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF.

By: /s/ ***Andrew R. Frisch***
Andrew R. Frisch
