**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

**CASE NO. 20-61249-CIV-DIMITROULEAS**

**JHON SARMIENTO, Individually and**
**on behalf of all others similary situated,**

    **Plaintiff,**

**vs.**

**SCHEAR CONSTRUCTION, LLC, a**
**Florida Limited Liability Company,**

    **Defendant.**

_____

## JOINT PROPOSED SCHEDULING ORDER

THIS MATTER is before the Court on the parties' Joint Scheduling Report, filed pursuant to Local Rule 16.1 of the United States District Court for the Southern District of Florida.  It is hereby ORDERED AND ADJUDGED that:

(A)    This case shall be assigned to the standard track pursuant to Local Rule 16.1(a).

(B)    The parties shall adhere to the following case deadlines:

| | |
|---|---|
| **October 13, 2020** | Initial disclosures |
| **October 23, 2020** | Moving for joinder of parties and amendment of pleadings |
| **March 12, 2021** | Plaintiff's Rule 26(a)(2) expert disclosures |
| **April 16, 2021** | Defendants Rule 26(a)(2) expert disclosures |
| **May 21, 2021** | Rebuttal Rule 26(a)(2) expert disclosures |
| **July 30, 2021** | Fact and expert discovery deadline |
| **September 10, 2021** | Dispositive pretrial motions deadline |
| **November 12, 2021** | Deadline to file all other pretrial motions |

**August 20, 2021**           Deadline to complete mediation

_____           Pretrial Status Conference [**proposed January 2022**]

_____           Trial [proposed Court's two-week trial calendar beginning on **February 18, 2022**].

(C)     The parties have not reached any agreements as to the preservation, disclosure, or discovery of documents, electronically stored information at this time.

(D)     The parties have not reached any agreements for asserting claims of privilege or protection of trial preparation material after production.  The parties may move for a confidentiality order at a later date.

DONE AND ORDERED, in Chambers, at Miami, Miami-Dade County, Florida, this \_\_\_\_\_day of _____, 2020.

                                  _____

                                  WILLIAM P. DIMITROULEAS
                                  United States District Judge

cc:     All counsel of record