UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

| | |
|---|---|
| JHON SARMIENTO, Individually and on behalf of all others similarly situated, )<br><br>Plaintiff, )<br><br>v. )<br><br>SCHEAR CONSTRUCTION, LLC, a Florida Limited Liability Company, )<br><br>Defendant. ) | Case No. 0:20-cv-61249 |

**JOINT MOTION TO MODIFY CASE MANAGEMENT AND SCHEDULING ORDER**

Plaintiff, Jhon Sarmiento, and Defendant, Schear Construction, LLC, jointly move to modify the November 6, 2020 Order Setting Trial Date & Discover Deadlines, Referring Case to Mediation & Referring Discovery Motions to United States Magistrate Judge (Doc. 19) (the "Scheduling Order"). In support of this motion, the parties state as follows:

1. This matter is a combined Fair Labor Standards Act ("FLSA") collective action and putative Rule 23 class action for alleged violations of the United States Virgin Island Labor Code. The case is principally based on claims by laborers for construction work done in the U.S. Virgin Islands.

2. On November 6, 2020, the Court entered the Scheduling Order.

3. Thereafter the Parties have been cooperatively working on various facets of the case. On May 13, 2021, Plaintiff moved without opposition to conditionally certify an FLSA opt-in class. (Doc. 27). On May 21, 2021, the Court granted that motion. (Doc. 30). On June 3, 2021, Defendant provided Plaintiff a list of putative class members. Plaintiff sent notice to the putative class by U.S. Mail on July 13, 2021. Pursuant to the Court's May 21, 2021 Order, putative class

members have a maximum of 60 days from the date notice was sent to opt into this action.

4. The Court's Scheduling Order set the close of discovery for July 30, 2021 and set the remaining case deadlines to be consistent with a February 2022 trial term. However, given the timing of conditional certification of the FLSA collective and the pending notice and opt-in period, including the anticipated need for opt-in-related discovery, the Parties request that the Court modify the Scheduling Order to extend all current deadlines to permit 90 days of discovery following the close of the notice period.

5. The Parties believe the proposed deadlines set forth below are appropriate given the current posture of the action:

- Discovery Cutoff – Friday, December 10, 2021
- Substantive Pretrial Motions – Friday, January 21, 2022
- Daubert Motions – 60 days before calendar call
- Mediation Cutoff – 60 days before start of the trial's two-week calendar
- Mandatory Pretrial Stipulation – Friday, June 17, 2022
- Motions in Limine – Friday, June 17, 2022
- Responses to Motions in Limine – Friday, June 24, 2022
- Jury Instructions *or* Proposed Findings & Conclusions – Friday, June 24, 2022
- Voir Dire Questions – Calendar call
- Exhibit List for Court – First day of Trial (impeachment excepted)
- Witness List for Court – First day of Trial (impeachment excepted)

## MEMORANDUM OF LAW

Modification of a scheduling order is permitted pursuant to Federal Rule of Civil Procedure 16(b)(4) "for good cause and with the judge's consent." The Eleventh Circuit Court of Appeals has upheld the "authority of the district court to control the pace of litigation before it," and "the broad discretion [that] district courts have in managing their cases." *Chrysler Inter. Corp. V. Chemaly,* 280 F.3d 1358, 1360 (11th Cir. 2002), citing *Johnson v. Bd. Of Regents of University of Georgia,* 263 F.3d 1234, 1269 (11th Cir. 2001) ("[W]e accord district courts broad discretion over the management of pre-trial activities, including discovery and scheduling").

**WHEREFORE**, Defendant respectfully requests that this Court grant this motion and modify the Scheduling Order by extending the current deadlines as set forth in paragraph 5 above. Dated this 21st day of July 2021.

Respectfully submitted,

| | |
|---|---|
| /s/ *Andrew R. Frisch* | /s/ *Jesse I. Unruh* |
| Andrew R. Frisch | Jesse I. Unruh, Esq. |
| MORGAN & MORGAN, P.A. | SPIRE LAW, LLC |
| 8151 Peters Road., 4th Floor | Florida Bar No. 91121 |
| Plantation, Florida 33324 | 2752 W. State Road 426, Suite 2088 |
| Telephone: (954) WORKERS | Oviedo, Florida 32765 |
| Facsimile: (954) 327-3013 | jesse@spirelawfirm.com |
| E-mail: AFrisch@forthepeople.com | *Attorney for Defendants | Schear* |
| *Trial Counsel for Plaintiff* | *Construction, LLC*. |