UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-61249-CIV-DIMITROULEAS

JHON SARMIENTO, Individually and
on behalf of all others similarly situated,

    Plaintiff,

vs.

SCHEAR CONSTRUCTION, LLC, a
Florida Limited Liability Company,

    Defendant.
_____/

## ORDER RESETTING DEADLINES

THIS CAUSE is before the Court on the Joint Motion to Modify Case Management and Scheduling Order [DE 33] ("Motion"). The Court has carefully considered the Motion and is otherwise fully advised in the premises.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Motion [DE 33] is **GRANTED in part.**

2. The Joint Motion for Extension of Time [DE 32] is **DENIED as moot.**

3. The Court's November 6, 2021 Order is amended with respect to the following deadlines, which are extended as follows:

    a. Discovery Cutoff – Friday, October 29, 2021

    b. Substantive Pretrial Motions - Friday, November 26, 2021

4. No other deadlines in the Court's prior Scheduling Order shall be affected by this Order.

5. Counsel may agree among themselves to conduct discovery beyond the discovery deadline but should not expect the Court to resolve any disputes that arise after the

Court's established deadline. *See* Court's Discovery Practices Handbook, S.D. Fla. Local R. App. A. § I.E.1.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 22nd day of July, 2021.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record