UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 20-61249 -CIV-DIMITROULEAS

JHON SARMIENTO, Individually and
on behalf of all others similary situated,

    Plaintiff,
vs.

SCHEAR CONSTRUCTION, LLC, a
Florida Limited Liability Company,

    Defendant.
_____/

## NOTICE OF WITHDRAWAL OF CONSENT TO JOIN

Pursuant to the Federal Rules of Civil Procedure and the Local Rules of Civil Procedure for the Southern District of Florida, Plaintiff, Jhon Sarmiento, hereby notifies this Court of the withdrawal of the Consent to Join for Opt-in Plaintiff, Gonzalo Gimenez. [*See* D.E. 23-1].

Respectfully submitted this 23rd day of August, 2021.

    Respectfully Submitted,

    ***/s/ ANDREW R. FRISCH***
    Andrew R. Frisch, Esq.
    MORGAN & MORGAN, P.A
    8151 Peters Road, Suite 4000
    Plantation, FL 33324
    T (954) 318-0268; F (954) 327-30313

    afrisch@forthepeople.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFIY that on this 23rd day of August, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ Andrew R. Frisch
Andrew R. Frisch