UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-61249-CIV-DIMITROULEAS

JHON SARMIENTO, Individually and
on behalf of all others similarly situated,

    Plaintiff,

vs.

SCHEAR CONSTRUCTION, LLC, a
Florida Limited Liability Company,

    Defendant.
_____/

## ORDER RESETTING DEADLINES

THIS CAUSE is before the Court on the Joint Motion to Modify Case Management and Scheduling Order [DE 63] ("Motion"), requesting a 60-day extension to complete discovery and to extend all subsequent deadlines. The Court has carefully considered the Motion and is otherwise fully advised in the premises.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Motion [DE 63] is **GRANTED in part.**

2. Calendar call is **RESET** for 10:00 a.m. on Friday, March 18, 2022.

3. The trial is **RESET** to commence on Monday, March 21, 2022.

4. The Court's November 6, 2021 Order is amended with respect to the following deadlines, which are extended as follows:

    a. Discovery Cutoff – Monday, November 29, 2021

    b. Substantive Pretrial Motions - Monday, December 27, 2021

    c. Daubert Motions – 60 days before calendar call

    d. Mediation Cutoff – 60 days before the start of the trial's two-week calendar

    e. Mandatory Pretrial Stipulation – Friday, March 4, 2022

    f. Motions in Limine – Friday, March 4, 2022

    g. Responses to Motions in Limine – Friday, March 11, 2022

    h. Jury Instructions or Proposed Findings & Conclusions – Friday, March 11, 2022

    i. Voir Dire Questions – Calendar call

    j. Exhibit List – First day of Trial (impeachment excepted)

    k. Witness List for Court – First day of Trial (impeachment excepted)

5. No other deadlines in the Court's prior Scheduling Order shall be affected by this Order. Given that this is the Court's second time granting an extension, **<u>no further extensions of these deadlines shall be expected absent an emergency</u>**.

6. Counsel may agree among themselves to conduct discovery beyond the discovery deadline but should not expect the Court to resolve any disputes that arise after the Court's established deadline.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 15th day of October, 2021.

*[signature]*

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record