UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION
Case No. 0:20-cv-61249-WPD

| | |
|---|---|
| JHON SARMIENTO, Individually and on behalf of all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) |
| SCHEAR CONSTRUCTION, LLC, a Florida Limited Liability Company, | ) ) ) |
| Defendant. | ) |

## THIRD JOINT STATUS UPDATE

Plaintiff, Jhon Sarmiento, on behalf of himself and all Opt-In Plaintiffs (collectively, "Plaintiffs"), and Defendant, Schear Construction, LLC ("Defendant") (collectively, the "Parties"), respectfully submit the following status update:

The Parties have reached a negotiated settlement of the case and are currently working to finalize the settlement documents, with the intention of filing a motion for approval within the next 30 days.

[Remainder of page intentionally blank]

Respectfully submitted this 1st day of June, 2022.

By: */s/ Andrew R. Frisch*
Andrew R. Frisch, Esquire
Florida Bar No. 27777
afrisch@forthepeople.com
Morgan & Morgan, P.A.
8151 Peters Road, Suite 4000
Plantation, FL 33324.
Attorney for Plaintiffs

By: */s/ Jesse I. Unruh*
Jesse I. Unruh, Esq.
Florida Bar No. 93121
SPIRE LAW, LLC
jesse@spirelawfirm.com
sarah@spirelawfirm.com
Attorney for Defendant | Schear Construction, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of June, 2022., the foregoing was electronically filed with the Court by using the Southern District of Florida's CM/ECF portal, which will send a notice of electronic filing to all parties of records.

*/s/ Andrew R. Frisch*
Andrew R. Frisch, Esquire