UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-61249-CIV-DIMITROULEAS

JHON SARMIENTO, Individually and
on behalf of all others similarly situated,

      Plaintiff,

vs.

SCHEAR CONSTRUCTION, LLC, a
Florida Limited Liability Company,

      Defendant.

_____/

## ORDER APPROVING SETTLEMENT

THIS CAUSE is before the Court upon Plaintiff's Consent Motion for Settlement Approval [DE 82] in the above-styled case. The Court, having considered the Motion, and being duly advised in the premises, it is therefore,

**ORDERED AND ADJUDGED** that said Consent Motion [DE 82] is hereby **GRANTED** as follows:

(1) The proposed settlement is a fair and reasonable compromise of the claims asserted;

(2) The Parties shall perform the Notice process and all other duties described in the Settlement Agreement executed between the Parties;

(3) Class Counsel shall be awarded attorney's fees and costs consistent with the Agreement;

(4) This Court shall retain jurisdiction to enforce the terms of the settlement agreement;

(5) Plaintiff's counsel has until **September 29, 2022** to file a notice with the Court indicating which Plaintiffs have signed releases agreeing to the payment and terms of the settlement. Claims of the Plaintiffs who agree to the terms of the settlement and

sign the releases shall be dismissed with prejudice. Those Plaintiffs who do not execute

the releases will not be considered to have settled their FLSA claims; the case will not

have concluded as to those Plaintiffs, and their claims will remain pending in this

action;

**DONE AND ORDERED** this 1st day of July, 2022, in Chambers at Fort Lauderdale,

Broward County, Florida.


WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
All counsel of record