UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-61249-CIV-DIMITROULEAS

JHON SARMIENTO, Individually and
on behalf of all others similarly situated,

    Plaintiff,

vs.

SCHEAR CONSTRUCTION, LLC, a
Florida Limited Liability Company,

    Defendant.
_____/

## ORDER OF DISMISSAL

THIS CAUSE is before the Court on Plaintiff's Notice of Compliance [DE 86], filed herein on October 4, 2022. The Court has carefully considered the Notice and is otherwise fully advised in the premises.

On July 1, 2022, Plaintiff filed a Consent Motion for Settlement Approval, which was granted the same day. *See* [DE 82, 84]. The Court's Order Approving Settlement specified that Plaintiff's counsel had until September 29, 2022 to file a notice with the Court indicating which Plaintiffs had signed releases agreeing to the payment and terms of the settlement. *See* [DE 84]. Plaintiff's notice states that, in addition to Plaintiff and Opt-In Plaintiffs, all of whom are deemed to have submitted a claim, twenty-three individuals submitted a valid claim in response to the Court-approved notice. [DE 86].

Accordingly, it is **ORDERED AND ADJUDGED** that upon notice that the Settlement Funds have been paid to the claims administrator, the Court will dismiss this matter with prejudice as to those Plaintiffs who have agreed to the payment and terms of the settlement.

**DONE AND ORDERED** in Chambers in Fort Lauderdale, Broward County, Florida this 4th day of October, 2022.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
All Counsel of Record